IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIMBLE DAVIS                                                                                    PLAINTIFF

v.                                    Case No. 4:18-cv-4042

RIVERVIEW BEHAVIORAL HEALTH, LLC                                              DEFENDANT

## **ORDER**

Before the Court is a Motion to Reconsider filed by Defendant. ECF No. 17. Defendant moves the Court to reconsider its order (ECF No. 16) extending the discovery deadline to April 25, 2019. Alternatively, Defendant moves the Court to extend the dispositive motion deadline by thirty (30) days and to continue the trial. Upon consideration, the Court finds that Defendant's motion should be and hereby is **DENIED**. However, if the parties take a deposition between now and April 25, 2019, that causes Defendant to require additional time to file a dispositive motion, Defendant may file a motion to extend the dispositive motion deadline and/or a motion to continue.

**IT IS SO ORDERED**, this 3rd day of April, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge