IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIMBLE DAVIS                                                                          PLAINTIFF

v.                              Case No. 4:18-cv-4042

RIVERVIEW BEHAVIORAL
HEALTH, LLC                                                                          DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendant Riverview Behavioral Health, LLC ("Riverview"). ECF No. 25. Plaintiff Kimble Davis has filed a response. ECF No. 32. Riverview has filed a reply. ECF No. 38. The motion is ripe for the Court's consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Riverview's Motion for Summary Judgment (ECF No. 25) should be and hereby is **GRANTED**. Accordingly, Davis's retaliation claim is **DISMISSED WITHOUT PREJUDICE** and her age discrimination claim is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of March, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge